FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:18 pm, Sep 30, 2024
JEFFREY P. COLWELL, CLERK

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 24-sw-01321-RTG | 09/23/24 1251 Hours | N/A |

Inventory made in the presence of:
TFO Connor Aydt - HSI Grand Junction

Inventory of the property taken and name of any person(s) seized:

- Electronic Data from Each Phone

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/27/24

*Executing officer's signature*

Jeremy Wilson, HSI Special Agent
*Printed name and title*